BEFORE THE SECOND DIVISION, APRIL 22, 1954

**No. 58027.**—Nouvette Trading v. United States, protests 190754–K and 195575–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of Abstract 57645, the claim of the plaintiff was sustained.

**No. 58028.**—Leading Forwarders, Inc., et al. v. United States, protests 207486–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of Abstract 57645, the claims of the plaintiffs were sustained.